## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-02693-NYW

ALARIC GREENE,

    Plaintiff,

v.

HOVERROUND CORPORATION, a Florida Corporation,

    Defendant(s).

---

### ENTRY OF APPEARANCE

---

    Logan R. Martin, of Westerfield & Martin, LLC, enters his appearance on behalf of the Plaintiff, Alaric Greene, in this matter.

Dated: November 30, 2017

/s/ Logan R. Martin

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th St. Ste. 2800 South Tower
Denver, CO 80202
zach@westerfieldlaw.com
logan@westerfieldlaw.com
303.748.3444 (Atty. Westerfield)
303.915.5002 (Atty. Martin)
303.260.6401 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on November 30, 2017, a true and complete copy of the foregoing ENTRY OF APPEARANCE was served on the following parties via email via CM-ECF:

Heather A. Thomas
Law Offices of Skrabo & Akins
5670 Greenwood Plaza Blvd, Englewood, CO 80111
HeatherA.Thomas@LibertyMutual.Com

*Counsel for Defendant Hoverround Corporation*

/s/ Logan R. Martin