IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 17-cv-02693-MSK-NYW | Date: | February 16, 2018 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ALARIC GREENE, | *Logan R. Martin* |
| **Plaintiff,** | |
| v. | |
| HOVEROUND CORPORATION, | *Heather A. Thomas* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

Court in Session: 10:31 a.m.

Appearance of counsel. Mr. Zachary Westerfield appears on behalf of Plaintiff with Mr. Martin.

Discussion held regarding computation of damages. Plaintiff shall supplement the Scheduling Order with a good faith estimate of the computation of damages on or before March 16, 2018.

The documents identified in the Initial Disclosures shall be produced and/or supplemented on or before March 9, 2018.

Parties discuss if a protective order will be necessary in this case. A proposed protective order is due on or before March 2, 2018. If parties cannot reach agreement on the terms, they may submit a proposed order with the competing clauses redlined in a single document. If parties would like to brief an issue, briefs shall be limited to five (5) pages. Parties should comply with D.C.COLO.LCivR 7.2(c) when filing documents under restriction.

Each side is allowed:
Depositions of parties, experts and one additional deposition;
No deposition may exceed one day of seven hours;

Thirty (30) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty (20) requests for admissions; and
Thirty (30) requests for admissions used for authentication of documents.

Deadline for joinder of parties and amendment of pleadings: March 28, 2018.

Discovery cut-off: August 17, 2018.

Dispositive motion deadline: September 17, 2018.

Each side may designate no more than three (3) specially retained experts.
All parties shall designate affirmative experts on or before: June 15, 2018.
All parties shall designate rebuttal experts on or before: July 16, 2018.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

Parties anticipate a five-day jury trial.

Parties should follow the practice standards of the presiding judge in all filings for this case.

**TRIAL** The Honorable Marcia S. Krieger will set Trial, Trial Preparation Conference, and Final Pretrial Conference dates by minute order after dispositive motions are determined. If the dispositive motion deadline passes without dispositive motions being filed, the parties shall contact Chambers **within 10 days of the dispositive motion deadline** to request that a Final Pretrial Conference be set. Failure to contact Chambers within this time may result in the case being dismissed for failure to prosecute.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  10:58 a.m.          Hearing concluded.          Total time in Court:  00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.