# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-02693-NYW-MSK

ALARIC GREENE, an individual

    Plaintiff,

v.

HOVEROUND CORPORATION, a corporation,

    Defendant(s).

## SUPPLEMENTAL COMPUTATION OF DAMAGES

Plaintiff, Alaric Greene, through his attorneys, Westerfield & Martin, LLC, submits the following Supplemental Computation of Damages and states as follows[1]:

1. On February 16, 2018, this Court ordered Plaintiff to supplement his computation of damages under Section 5 of the Scheduling Order.

2. Plaintiff seeks damages for past medical expenses, disfigurement, and past, present, and future pain and suffering.

3. Plaintiff's past medical expenses total $13,025.79. Supporting documentation for the same has been disclosed.

4. As to damages for disfigurement and non-economic damages for past, present, and future pain and suffering, Plaintiff seeks $65,000.00.

5. This figure is an *estimate* provided for the purposes of resolving any discovery issues or otherwise assisting in the administration of this action. Non-economic and intangible damages are inherently difficult to calculate, quantify, or predict.

---

[1] This supplement was due on Friday, March 16, 2018. It is being submitted on Sunday March 18, 2018. Undersigned counsel apologizes to the Court for the tardy filing.

6. Discovery is ongoing, and Plaintiff reserves the right to modify this damages disclosure as additional information becomes available. Plaintiff also reserves the right to request punitive or exemplary damages.

7. Plaintiff also seeks costs, pre- and post-judgment interest, and reasonable attorney fees as may be allowable by law.

Dated: March 18, 2018

/s/ Logan R. Martin

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th St. Ste. 2800 South Tower
Denver, CO 80202
zach@westerfieldlaw.com
logan@westerfieldlaw.com
303.748.3444 (Atty. Westerfield)
303.915.5002 (Atty. Martin)
303.260.6401 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on March 18, 2018, a true and complete copy of the foregoing SUPPLEMENTAL COMPUTATION OF DAMAGES was served on the following parties via email via CM-ECF:

Heather A. Thomas
Law Offices of Skrabo & Akins
5670 Greenwood Plaza Blvd, Englewood, CO 80111
HeatherA.Thomas@LibertyMutual.Com

*Counsel for Defendant Hoveround Corporation*